# UNITED STATES DISTRICT COURT
## District of Minnesota

Hector Xavier Gavilanes Vega,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi, Executive Office for Immigration Review, Mike Stasko, Marcos Charls, Peter Berg,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-4710 PJS/EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 2] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

   a. DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that petitioner is subject to mandatory detention under § 1225(b)(2).

   b. ORDERS respondents to provide petitioner a bond hearing under 8 U.S.C. § 1226(a) within 14 days.

2. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 12/30/2025

KATE M. FOGARTY, CLERK